■ The People of the State of New York, Respondent, v James C. Francis, Jr., Appellant. (Appeal No. 2.) [859 NYS2d 890]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered January 30, 2007. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated as a felony and aggravated unlicenced operation of a motor vehicle in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Lunn, Green and Gorski, JJ.